KATE HUEY v. THE STATE.

No. 6521.  Decided December 7, 1921.

### Disorderly House—Statement of Facts—Questions and Answers.

Stenographer's notes in question and answer form do not comply with the law requiring a succinct statement of the facts, under Article 844-C, C. C. P. Following Ferguson v. State, 83 Texas Crim. Rep., 273, and other cases, and in the absence of a bill of exceptions, complaints of the charge of the court present no error and the judgment must be affirmed.

Appeal from the County Court At. Law No. 2, of Harris County. Tried below before the Honorable Roy F. Campbell.

Appeal from a conviction of keeping a disorderly house; penalty, a fine of $200, and confinement in the county jail for twenty days.

The opinion states the case.

No brief on file for appellant.

R. G. Storey, Assistant Attorney General, for the State.

MORROW, PRESIDING JUDGE.—Conviction is for keeping a disorderly house; punishment fixed at a fine of $200 and confinement in the county jail for a period of twenty days.

We find no statement of facts. Copied in the record is the stenographer's notes in question and answer form. This does not comply with the law requiring a succinct statement of the facts. Code of Crim. Proc., Art. 844C. This court has so held on numerous occasions. Ferguson v. State, 83 Texas Crim. Rep., 273, and cases therein cited; Mooney v. State, 73 Texas Crim. Rep., 122; Felder v. State, 59 Texas Crim. Rep., 144; Margrave v. State, 53 Texas Crim. Rep., 147; Fox v. State, 53 Texas Crim. Rep., 150.

In the absence of the statement of facts, the bills of exceptions complaining of the charge of the court present no error. No other bills are found.

The judgment is affirmed.

*Affirmed.*